UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:

JACOBS, GARY A
JACOBS, PAMELA J

Case No. 11-83653

Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/18/2011. The undersigned trustee was appointed on 08/18/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     12,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 12,000.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/26/2012 and the deadline for filing governmental claims was 09/26/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,950.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,950.00 , for a total compensation of $ 1,950.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/08/2012            By:/s/DANIEL M. DONAHUE
                                Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 11-83653    MLB    Judge: MANUEL BARBOSA
Case Name: JACOBS, GARY A
             JACOBS, PAMELA J
For Period Ending: 10/08/12

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 08/18/11 (f)
341(a) Meeting Date: 09/26/11
Claims Bar Date: 09/26/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House 6559 Kregel Court Rockford, IL Surrender Pu | 185,911.00 | 0.00 | | 0.00 | FA |
| 2. Residence 4711 Delmar Street Rockford, IL Purchase | 90,000.00 | 0.00 | | 12,000.00 | FA |
| 3. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 4. Checking Riverside Community Bank #xxxxx0457 | 10.00 | 0.00 | | 0.00 | FA |
| 5. Checking-Business PNC | 500.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods & Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. Rockford Dairy Assoc. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Tax Deferred Annuity Mutual of America #xxxxx1-J-1 | 2,561.11 | 0.00 | | 0.00 | FA |
| 10. 1999 Dodge Intrepid | 525.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Nissan Versa | 9,750.00 | 0.00 | | 0.00 | FA |
| 12. Business machinery, equipment, and supplies | 750.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $291,277.11 | $0.00 | | $12,000.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/13    Current Projected Date of Final Report (TFR): 06/01/13

Page: 1
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-83653 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | JACOBS, GARY A / JACOBS, PAMELA J | Bank Name: | CONGRESSIONAL BANK |
| Taxpayer ID No: | ******8038 | Account Number / CD #: | ******7524 MONEY MARKET |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/12 | 2 | GARY AND PAMELA JACOBS 4711 DELMAR ST. ROCKFORD, IL 61108 | INTEREST IN REAL ESTATE | 1110-000 | 10,000.00 | | 10,000.00 |
| 07/31/12 | 2 | GARY AND PAMELA JACOBS | INTEREST IN REAL ESTATE | 1110-000 | 2,000.00 | | 12,000.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 12,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 12,000.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 12,000.00 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS MONEY MARKET - ******7524 | 12,000.00 | 0.00 | 12,000.00 |
| | 12,000.00 | 0.00 | 12,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 12,000.00 0.00

UST Form 101-7-TFR (5/1/2011) (Page: 4)    Ver: 17.00a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: October 08, 2012 | |
|---|---|---|---|---|---|---|
| Case Number: 11-83653<br>Debtor Name: JACOBS, GARY A | | Claim Type Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $2,197.00 | $2,197.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $67.08 | $67.08 |
| 000007<br>050<br>4110-00 | CSC Logic<br>P.O. Box 1577<br>Coppell, TX 75019 | Secured | | $0.00 | $49,571.57 | $49,571.57 |
| 000005<br>058<br>5800-00 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $2,331.00 | $2,331.00 |
| 000008<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $18,900.07 | $18,900.07 |
| 000002<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $4,632.09 | $4,632.09 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $10,984.77 | $10,984.77 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $10,617.11 | $10,617.11 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,223.80 | $2,223.80 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: October 08, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 11-83653<br>Debtor Name: JACOBS, GARY A | | | Claim Type Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000009<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Care Credit<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $3,293.07 | $3,293.07 |
| 000010<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Marathon Travel & Cruises<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $3,333.74 | $3,333.74 |
| | Case Totals: | | | $0.00 | $108,151.30 | $108,151.30 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-83653
Case Name: JACOBS, GARY A
JACOBS, PAMELA J
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 12,000.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,197.00 | $ 0.00 | $ 2,197.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 67.08 | $ 0.00 | $ 67.08 |

Total to be paid for chapter 7 administrative expenses $ 4,214.08

Remaining Balance $ 7,785.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,331.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Internal Revenue Service | $ 2,331.00 | $ 0.00 | $ 2,331.00 |
| 000008 | Illinois Department of Revenue Bankruptcy Section | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors   $ 2,331.00

Remaining Balance   $ 5,454.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,984.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 18,900.07 | $ 0.00 | $ 1,909.77 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 4,632.09 | $ 0.00 | $ 468.05 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 10,984.77 | $ 0.00 | $ 1,109.96 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 10,617.11 | $ 0.00 | $ 1,072.82 |
| 000006 | Capital One Bank (USA), N.A. | $ 2,223.80 | $ 0.00 | $ 224.71 |
| 000009 | Portfolio Recovery Associates, LLC | $ 3,293.07 | $ 0.00 | $ 332.75 |
| 000010 | Portfolio Recovery Associates, LLC | $ 3,333.74 | $ 0.00 | $ 336.86 |

Total to be paid to timely general unsecured creditors   $ 5,454.92

Remaining Balance            $          0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---:|---:|---:|
| **Trustee's Attorney** | | | | |
| Mcgreevy Williams | *Fees* | $0.00 | $2,197.00 | $2,197.00 |
| | *Expenses* | $0.00 | $67.08 | $67.08 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $2,197.00 | $2,197.00 |
| | *Expenses* | $0.00 | $67.08 | $67.08 |
| | | $0.00 | $2,264.08 | $2,264.08 |

**Exhibit G**