UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| JACOBS, GARY A | § | Case No. 11-83653 |
| JACOBS, PAMELA J | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Clerk's Office
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/14/2012 in Courtroom 3100,
   United States Courthouse
   327 South Church Street
   Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: /s/ Daniel M. Donahue_____
                                                Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
JACOBS, GARY A                      §       Case No. 11-83653
JACOBS, PAMELA J                    §
                                    §
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 12,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,197.00 | $ 0.00 | $ 2,197.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 67.08 | $ 0.00 | $ 67.08 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,214.08 |
| Remaining Balance | $ 7,785.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,331.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Internal Revenue Service | $ 2,331.00 | $ 0.00 | $ 2,331.00 |
| 000008 | Illinois Department of Revenue Bankruptcy Section | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 2,331.00 |
| | Remaining Balance | | | $ 5,454.92 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,984.65 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 18,900.07 | $ 0.00 | $ 1,909.77 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 4,632.09 | $ 0.00 | $ 468.05 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 10,984.77 | $ 0.00 | $ 1,109.96 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 10,617.11 | $ 0.00 | $ 1,072.82 |
| 000006 | Capital One Bank (USA), N.A. | $ 2,223.80 | $ 0.00 | $ 224.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Portfolio Recovery Associates, LLC | $ 3,293.07 | $ 0.00 | $ 332.75 |
| 000010 | Portfolio Recovery Associates, LLC | $ 3,333.74 | $ 0.00 | $ 336.86 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 5,454.92 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                              Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-83653-MB
Gary A Jacobs                                                             Chapter 7
Pamela J Jacobs
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 3           Date Rcvd: Oct 15, 2012
                              Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2012.
db/jdb     +Gary A Jacobs,    Pamela J Jacobs,   4711 Delmar Street,   Rockford, IL 61108-7901
17686147   +A Law Office of Crosby,   & Associates PC,   475 Executive Parkway,   Rockford, IL 61107-5282
17686148   +Blitt And Gaines, P.C.,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
17686149  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA   23285)
19195180   +CSC Logic,   P.O. Box 1577,   Coppell, TX 75019-1577
19174653    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC   28272-1083
17686151   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17686150   +Chase,   Po Box 901039,   Fort Worth, TX 76101-2039
17686152   +Chase Mtg,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
17686153   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17686154   +Codilis & Associates, P.C.,   15W030 North Frontage Rd., Ste 100,   Burr Ridge, IL 60527-6921
17686159   +Harbkcsclogi,   Po Box 1577,   Coppell, TX 75019-1577
19333292    Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
             Chicago, Illinois 60664-0338
17686145   +Jacobs Gary A,   4711 Delmar Street,   Rockford, IL 61108-7901
17686146   +Jacobs Pamela J,   4711 Delmar Street,   Rockford, IL 61108-7901
17686161   +Mitchell Trust #94, C/O Steve Rapp,   3873 Silver Fox Drive,   Belvidere, IL 61008-9694
17686162   +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
19474323  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Care Credit,   POB 41067,
             Norfolk VA 23541)
17686163   +Rockford Health Physicians,   Dept Ch 10862,   Palatine, IL 60055-0001
17686164   +Rockford Health System,   2400 North Rockton Ave,   Rockford, IL 61103-3655
17686165    Rockford Radiology Assoc.,   POB 1790,   Brookfield, WI   53008-1790
17686166   +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
17686167    Summit Radiiology,   3849 Perryville Rd,   Rockford, IL   61114-8080
17686168   +Wells Fargo Ed Fin Svc,   301 E 58th St N,   Sioux Falls, SD 57104-0422
17686169    Winnebago County Collector,   POB 1216,   Rockford, IL 61105-1216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19107121     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 16 2012 02:02:30     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17686155   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 16 2012 02:02:30     Discover Fin Svcs Llc,
              Pob 15316,   Wilmington, DE 19850-5316
17686156   +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2012 01:56:55     Ge Money Card,   Po Box 981439,
              El Paso, TX 79998-1439
17686157   +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2012 02:02:41     Gemb/care Credit,   950 Forrer Blvd,
              Kettering, OH 45420-1469
17686158    E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2012 02:02:41     Gemb/ge Money Bank Low,
              Po Box 103065,   Roswell, GA 30076
17686160    E-mail/Text: cio.bncmail@irs.gov Oct 16 2012 01:42:57     Internal Revenue Service,   POB 7346,
              Philadelphia, PA 19101-7346
17709808    E-mail/Text: ECF@SHERMETA.COM Oct 16 2012 03:11:40     JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI 48308-0908
19116333   +E-mail/Text: resurgentbknotifications@resurgent.com Oct 16 2012 01:46:23
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19474327*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Marathon Travel & Cruises,
             POB 41067,   Norfolk VA 23541)
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cshabez             Page 2 of 3              Date Rcvd: Oct 15, 2012
                              Form ID: pdf006           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2012**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez             Page 3 of 3              Date Rcvd: Oct 15, 2012
                              Form ID: pdf006           Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2012 at the address(es) listed below:

        Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
        Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
        Gloria C  Tsotsos    on behalf of Creditor   JPMorgan Chase Bank, National Association nd-three@il.cslegal.com
        Linda  Godfrey    on behalf of Debtor Gary Jacobs lgodfrey@thecrosbylawfirm.com, hharms@thecrosbylawfirm.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 5

Case 11-83653   Doc 33   Filed 10/15/12   Entered 10/17/12 23:48:54   Desc Imaged
Certificate of Notice   Page 7 of 7