UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
JACOBS, GARY A § Case No. 11-83653
JACOBS, PAMELA J §
 §
  Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

 DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

---

 3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CSC LOGIC |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000005 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt And Gaines, P.C. 661 W. Glenn Avenue Wheeling, IL 60090 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Gemb/ge Money Bank Low Po Box 103065 Roswell, GA 30076 | | | | | |
| | Mitchell Trust #94, C/O Steve Rapp 3873 Silver Fox Drive Belvidere, IL  61008 | | | | | |
| | Rockford Health Physicians Dept Ch 10862 Palatine, IL 60055 | | | | | |
| | Rockford Health System 2400 North Rockton Ave Rockford, IL  61103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Radiology Assoc. POB 1790 Brookfield, WI 53008-1790 | | | | | |
| | Summit Radiiology 3849 Perryville Rd Rockford, IL 61114-8080 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |
| | Wells Fargo Ed Fin Svc 301 E 58th St N Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Winnebago County Collector POB 1216 Rockford, IL 61105-1216 |  |  |  |  |  |
|  | Winnebago County Collector POB 1216 Rockford, IL 61105-1216 |  |  |  |  |  |
| 000006 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC |  |  |  |  |  |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC |  |  |  |  |  |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-83653  MLB  Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | JACOBS, GARY A | Date Filed (f) or Converted (c): | 08/18/11 (f) |
| | JACOBS, PAMELA J | 341(a) Meeting Date: | 09/26/11 |
| For Period Ending: | 12/11/12 | Claims Bar Date: | 09/26/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House 6559 Kregel Court Rockford, IL Surrender Pu | 185,911.00 | 0.00 | | 0.00 | FA |
| 2. Residence 4711 Delmar Street Rockford, IL Purchase | 90,000.00 | 0.00 | | 12,000.00 | FA |
| 3. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 4. Checking Riverside Community Bank #xxxxx0457 | 10.00 | 0.00 | | 0.00 | FA |
| 5. Checking-Business PNC | 500.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods & Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. Rockford Dairy Assoc. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Tax Deferred Annuity Mutual of America #xxxxx1-J-1 | 2,561.11 | 0.00 | | 0.00 | FA |
| 10. 1999 Dodge Intrepid | 525.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Nissan Versa | 9,750.00 | 0.00 | | 0.00 | FA |
| 12. Business machinery, equipment, and supplies | 750.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $291,277.11   $0.00    $12,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/13    Current Projected Date of Final Report (TFR): 06/01/13

LFORM1                                                                                                                            Ver: 17.00b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| | |
|---|---|
| Case No: | 11-83653 -MLB |
| Case Name: | JACOBS, GARY A |
| | JACOBS, PAMELA J |
| Taxpayer ID No: | *******8038 |
| For Period Ending: | 12/11/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******7524  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/12 | 2 | GARY AND PAMELA JACOBS<br>4711 DELMAR ST.<br>ROCKFORD, IL 61108 | INTEREST IN REAL ESTATE | 1110-000 | 10,000.00 | | 10,000.00 |
| 07/31/12 | 2 | GARY AND PAMELA JACOBS | INTEREST IN REAL ESTATE | 1110-000 | 2,000.00 | | 12,000.00 |
| 11/14/12 | 001000 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,950.00 | 10,050.00 |
| 11/14/12 | 001001 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,197.00 | 7,853.00 |
| 11/14/12 | 001002 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 67.08 | 7,785.92 |
| 11/14/12 | 001003 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Claim 000005, Payment 100.0% | 5800-000 | | 2,331.00 | 5,454.92 |
| 11/14/12 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 10.1% | 7100-000 | | 1,909.77 | 3,545.15 |
| 11/14/12 | 001005 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 10.1% | 7100-000 | | 468.05 | 3,077.10 |
| 11/14/12 | 001006 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 10.1% | 7100-000 | | 1,109.96 | 1,967.14 |
| 11/14/12 | 001007 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services | Claim 000004, Payment 10.1% | 7100-000 | | 1,072.82 | 894.32 |

Page Subtotals     12,000.00     11,105.68

Ver: 17.00b

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-83653 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | JACOBS, GARY A | | Bank Name: | CONGRESSIONAL BANK |
| | JACOBS, PAMELA J | | Account Number / CD #: | *******7524 GENERAL CHECKING |
| Taxpayer ID No: | *******8038 | | | |
| For Period Ending: | 12/11/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/14/12 | 001008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 10.1% | 7100-000 | | 224.71 | 669.61 |
| 11/14/12 | 001009 | Portfolio Recovery Associates, LLC<br>c/o Care Credit<br>POB 41067<br>Norfolk VA 23541 | Claim 000009, Payment 10.1% | 7100-000 | | 332.75 | 336.86 |
| 11/14/12 | 001010 | Portfolio Recovery Associates, LLC<br>c/o Marathon Travel & Cruises<br>POB 41067<br>Norfolk VA 23541 | Claim 000010, Payment 10.1% | 7100-000 | | 336.86 | 0.00 |

(Note: Capital One address begins: PO Box 19008, Greenville, SC 29602)

| | COLUMN TOTALS | 12,000.00 | 12,000.00 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 12,000.00 | 12,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 12,000.00 | 12,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********7524 | 12,000.00 | 12,000.00 | 0.00 |
| | 12,000.00 | 12,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    894.32

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-83653 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | JACOBS, GARY A | Bank Name: | CONGRESSIONAL BANK |
| | JACOBS, PAMELA J | Account Number / CD #: | *******7524 GENERAL CHECKING |
| Taxpayer ID No: | *******8038 | | |
| For Period Ending: | 12/11/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 17.00b